## Case No. 10,888.

### PECK'S TRIAL.

[This was an impeachment proceeding, and was tried before the senate of the United States.]